UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INLAND MORTGAGE CAPITAL CORPORATION, a Maryland corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 11-cv-277 |
| BLUE DIAMOND PARTNERS, LLC, a Nevada limited liability company, CHARLES ROTKIN, an individual, DAVID ROTKIN, an individual, KEVIN GOLSHAN, an individual, and GERALDINE A. WEBER, an individual, | ) ) ) ) ) ) | Hon. Harry D. Leinenweber<br><br>Mag. Judge Sidney I. Schenkier |
| Defendants. | ) ) | |

## **MOTION TO ENTER STIPULATED CONSENT JUDGMENT**

Plaintiff Inland Mortgage Capital Corporation ("IMCC"), by its attorneys Foley & Lardner LLP, respectfully requests that this Court enter the Stipulated Consent Judgment attached as Exhibit A to this Motion, and in support states as follows:

1. IMCC and Defendants Charles Rotkin, David Rotkin, Kevin Golshan and Geraldine A. Weber (collectively, the "Defendants") have agreed to settle and compromise the dispute between them by the entry of the Stipulated Consent Judgment attached as <u>Exhibit A</u> to this Motion.

2. Pursuant to the Stipulated Consent Judgment, each of the Defendants agrees and consent to the entry of a judgment against him or her in the amount of $200,000.00. The liability of the Defendants is not joint and several. Instead, each $200,000.00 judgment is separately enforceable in full against the Defendant against whom it is entered.

3. In exchange, IMCC has agreed to forbear from enforcing the Stipulated Consent Judgment against any of the Defendants for a period of three (3) years form the date of the entry of the Stipulated Consent Judgment.

4. IMCC also agreed to voluntarily dismiss its claims against Blue Diamond Partners, LLC, with prejudice. IMCC will file a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

5. The Stipulated Consent Judgment resolves all of the claims against the Defendants that IMCC set forth in its Complaint.

WHEREFORE, Inland Mortgage Capital Corporation respectfully requests that this Court (1) grant this Motion; (2) enter the Stipulated Consent Judgment attached as Exhibit A to this Motion; and (3) grant such other and further relief as this Court deems just and appropriate.

Dated: June 29, 2011

Respectfully submitted,

INLAND MORTGAGE CAPITAL CORPORATION

By: /s/ Thomas C. Hardy
One of Its Attorneys

William J. McKenna, Jr. (#3124763)
Thomas C. Hardy (#6294305)
Lauren M. Loew (#6293248)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Fax: 312.832.4700

CHIC_5438093.1